UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS
    Plaintiff,

       V                          CA 05-10482-JLT

FRANK WALTERS,
    Defendant.

ORDER

MARCH *21*, 2005

TAURO, J.,

    I hereby recuse myself from this case in order to avoid   a potential conflict of interest.

        See 28 U.S.C. Sec. 455(b)(4).

United States District Judge