AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

FILED
CLERKS OFFICE

2005 MAR 29 P 12: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

Comcast of Massachusetts I, Inc.

V.

Frank Walters

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 10482 JLT

TO: (Name and address of Defendant)

Frank Walters
45 Harding Street
Newton, MA 02465

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    MAR 14 2005
_____                       _____
CLERK                                                DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

March 23, 2005

I hereby certify and return that on 3/23/2005 at 10:30AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET AND CORP DISCL STATE in this action in the following manner: To wit, by leaving at the last and usual place of abode of FRANK WALTERS, , 45 HARDONG STREET Newton, MA and by mailing 1st class to the above address on 3/23/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.80), Postage and Handling ($3.00), Travel ($5.12) Total Charges $39.92

*John F. Kennedy*
Deputy Sheriff

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.