UNITED STATES DISTRICT COURT
DISTRICT OF MA

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**Frank Walters** )<br>)<br>Defendant )<br>)<br>) | Case No.: 05-10482-NG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

_May 31, 2005_
Date

_____
John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

                                          Respectfully Submitted for the Defendant,
                                          Frank Walters
                                          By her Attorney,

_5/12/05_                                    _____
Date

                                          Paul V. Marino
                                          Launie & Marino Attorneys at Law
                                          1200 East Street
                                          Westwood, MA 02090
                                          (781) 326-9213

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 1st day of June, 2005, a copy of the foregoing Stipulation of Dismissal With Prejudice was mailed first class to:

Paul V. Marino, Esq.
1200 East Street
Westwood, MA 02090

                                        /s/ John M. McLaughlin
                                        John M. McLaughlin, Esq.